| | |
|---|---|
| 1 | Joseph R. Manning, Jr., Esq. (State Bar No. 223381) |
| | **MANNING LAW, APC** |
| 2 | 20062 S.W. Birch St., Suite 200 |
| 3 | Newport Beach, CA 92660 |
| | Office: (949) 200-8755 |
| 4 | DisabilityRights@manninglawoffice.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | CARMEN JOHN PERRI |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | CARMEN JOHN PERRI, an individual, | Case No.: 2:21-cv-03044-GW-KS |
| 13 | | Hon. George H. Wu |
| 14 | Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| 15 | v. | |
| 16 | | Complaint Filed: April 7, 2021 |
| 17 | J & Y AUTO PARTS, INC., a California corporation; YONG HWAN HWANG, an individual; CHUN NAM HWANG, an individual; and DOES 1-10, inclusive, | Trial Date: None Set |
| 22 | Defendants. | |

NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: June 7, 2021                                         **MANNING LAW, APC**

                                                By:     */s/ Joseph R. Manning, Jr.  Esq.*
                                                         Joseph R. Manning, Jr., Esq.
                                                         Attorneys for Plaintiff
                                                         Carmen John Perri

NOTICE OF SETTLEMENT